# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MEGHAN KONECNE, | Case No. 2:16-cv-01655-APG-GWF |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO DISMISS AS MOOT** |
| ALLIED VAN LINES, INC., *et al.*, | (ECF No. 5) |
| Defendants. | |

In light of the amended complaint (ECF No. 8),

IT IS ORDERED that the defendants' motion to dismiss **(ECF No. 5)**, which was directed at the original complaint, **is DENIED as moot**.

DATED this 8th day of September, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE