UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MEGHAN KONECNE and HOWARD MISLE, individually and as husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED VAN LINES, INC., a foreign corporation, and BERGER TRANSFER & STORAGE, INC., a foreign corporation,<br><br>Defendants. | Case No. 2:16-cv-01655-APG-GWF<br><br>**ORDER DENYING OBJECTIONS TO MAGISTRATE JUDGE'S DECISIONS**<br><br>(ECF Nos. 40, 60) |

Plaintiffs Meghan Konecne and Howard Misle object to Magistrate Judge Foley's denial of their motion for reconsideration. ECF No. 60.[1] I have reviewed the Objections, Judge Foley's decisions, and the related papers. Judge Foley's decisions are not "clearly erroneous or contrary to law." Local Rule IB 3-1(a). Further, the Objections are moot because Judge Foley has given the plaintiffs permission to file another motion after obtaining discovery and information from Mr. Dobberstein. ECF No. 57.

IT IS THEREFORE ORDERED that Magistrate Judge Foley's decisions are affirmed in their entireties, and the plaintiffs' Objections **(ECF Nos. 40, 60) are denied as moot.**

DATED this 8th day of September, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] The plaintiffs also filed an objection to Magistrate Judge Foley's denial of their motion to reopen discovery. That objection addresses the same issues raised in ECF No. 60.