CHERYL A. GRAMES, ESQ.
Nevada Bar No. 12752
Email: Cheryl.Grames@LewisBrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone (702) 893-3383
Fax (702) 893-3789
*Attorney for Allied Van Lines, Inc. and
Berger Transfer and Storage, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MEGHAN KONECNE and HOWARD MISLE, individually and as husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIED VAN LINES, INC., a foreign corporation; BERGER TRANSFER & STORAGE, INC., a foreign corporation; and DOES I-V, ROES VI-X,<br><br>Defendants. | Case No. 2:16-CV-01655-APG-GFW<br><br>**REQUEST TO EXTEND BRIEFING SCHEDULE FOR PLAINTIFFS' OBJECTIONS TO MAGISTRATE ORDER DENYING RENEWED MOTION TO REOPEN DISCOVERY (ECF NO. 68)**<br><br>**(FIRST REQUEST)**<br><br>**ORDER** |

The above-referenced parties, by and through their undersigned counsel of record, hereby agree and stipulate, subject to the Court's approval, to extend the deadline for DEFENDANT ALLIED VAN LINES, INC. ("Defendant") to file its Response to Plaintiffs' Objection to Magistrate Order Denying Renewed Motion to Reopen Discovery (ECF No. 68). The deadline for the Response is currently set for **December 6, 2017**. The parties have reached a tentative settlement agreement, but require additional time to finalize the settlement documents. As such, extending the due date for Defendant's Response by two weeks (to **December 20, 2017**) should afford the parties sufficient time to finalize the agreement, thereby bringing this matter to a resolution and thus obviating the need for a response to ECF No. 68.

This is the parties' first request for an extended briefing deadline to respond to ECF No. 68.

The proposed extension is requested in good faith and will not prejudice any party.

IT IS SO STIPULATED.

| DATED this 6th day of December 2017. | DATED this 5th day of December 2017. |
|---|---|
| **FENNEMORE CRAIG, PC** | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| /s/ Brenoch R. Wirthlin | /s/ Cheryl A. Grames |
| BRENOCH R. WIRTHLIN, ESQ.<br>Nevada Bar No. 10282<br>300 S. Fourth Street, Suite 1400<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiffs* | CHERYL A. GRAMES, ESQ.<br>Nevada Bar No. 12752<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendants* |

**IT IS SO ORDERED.**

Dated: December 7, 2017.

_____
**UNITED STATES DISTRICT COURT JUDGE**