CHERYL A. GRAMES, ESQ.
Nevada Bar No. 12752
Email: Cheryl.Grames@LewisBrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone (702) 893-3383
Fax (702) 893-3789
*Attorney for Allied Van Lines, Inc. and
Berger Transfer and Storage, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MEGHAN KONECNE and HOWARD MISLE, individually and as husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIED VAN LINES, INC., a foreign corporation; BERGER TRANSFER & STORAGE, INC., a foreign corporation; and DOES I-V, ROES VI-X,<br><br>Defendants. | Case No. 2:16-CV-01655-APG-GFW<br><br>**REQUEST TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(FIRST REQUEST)** |

The above-referenced parties, by and through their undersigned counsel of record, have determined that their Request to Extend Dispositive Motion Deadline (First Request) (ECF No. 73, filed on Friday December 8, 2017) was erroneously directed to the Honorable United States District Court Judge Andrew P. Gordon for signature instead of properly directed to the Honorable United States Magistrate Court Judge George W. Foley. As such, the parties hereby re-file the Request, with the signature line corrected to reflect the proper signatory for the Court:

The above-referenced parties, by and through their undersigned counsel of record, hereby agree and stipulate, subject to the Court's approval, to extend the deadline for the parties to file dispositive motions. The deadline for dispositive motions is currently set for **December 11, 2017**. (ECF No. 67). The parties have reached a tentative settlement agreement, but require additional time to finalize the settlement documents. As such, extending the due date for dispositive motions

by two weeks (to **December 26, 2017**) should afford the parties sufficient time to finalize the agreement, thereby bringing this matter to a resolution and thus obviating the need for dispositive motions.

This is the parties' first request to extend the deadline by which to file dispositive motions.

The proposed extension is requested in good faith and will not prejudice any party.

IT IS SO STIPULATED.

DATED this 12th day of December 2017.　　　DATED this 12th day of December 2017.

**FENNEMORE CRAIG, PC**　　　**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Brenoch R. Wirthlin*　　　*/s/ Cheryl A. Grames*
BRENOCH R. WIRTHLIN, ESQ.　　　CHERYL A. GRAMES, ESQ.
Nevada Bar No. 10282　　　Nevada Bar No. 12752
300 S. Fourth Street, Suite 1400　　　6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89101　　　Las Vegas, Nevada 89118
*Attorneys for Plaintiffs*　　　*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated this 13th day of December, 2017.

_____
**UNITED STATES MAGISTRATE JUDGE**