1 CHERYL A. GRAMES, ESQ.
Nevada Bar No. 12752
2 Email: Cheryl.Grames@LewisBrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
3 6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
4 Telephone (702) 893-3383
Fax (702) 893-3789
5 *Attorney for Allied Van Lines, Inc. and*
*Berger Transfer and Storage, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MEGHAN KONECNE and HOWARD MISLE, individually and as husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIED VAN LINES, INC., a foreign corporation; BERGER TRANSFER & STORAGE, INC., a foreign corporation; and DOES I-V, ROES VI-X,<br><br>Defendants. | Case No. 2:16-CV-01655-APG-GFW<br><br>**REQUEST TO EXTEND BRIEFING SCHEDULE FOR PLAINTIFFS' OBJECTIONS TO MAGISTRATE ORDER DENYING RENEWED MOTION TO REOPEN DISCOVERY (ECF NO. 68)**<br><br>**(SECOND REQUEST)**<br><br>**ORDER** |

The above-referenced parties, by and through their undersigned counsel of record, hereby agree and stipulate, subject to the Court's approval, to extend the deadline for DEFENDANT ALLIED VAN LINES, INC. ("Defendant") to file its Response to Plaintiffs' Objection to Magistrate Order Denying Renewed Motion to Reopen Discovery (ECF No. 68). The deadline for the Response is currently set for **December 20, 2017**. As previous set forth in the parties' first request (ECF No. 71, which this Court granted on December 7, 2017 (ECF No. 72)), the parties have reached a tentative settlement agreement, but require additional time to finalize the settlement documents. This remains the case, and with the coming end-of-year holidays, the parties require additional time to accommodate the parties' and their counsel's schedules. As such, extending the due date for Defendant's Response by two weeks (to **January 3, 2017**) should afford the parties sufficient time to finalize the agreement, thereby bringing this matter to a



resolution and thus obviating the need for a response to ECF No. 68.

This is the parties' second request for an extended briefing deadline to respond to ECF No. 68.

The proposed extension is requested in good faith and will not prejudice any party.

IT IS SO STIPULATED.

DATED this 20th day of December 2017.  DATED this 20th day of December 2017.

**FENNEMORE CRAIG, PC**  **LEWIS BRISBOIS BISGAARD & SMITH LLP**

 */s/ Brenoch R. Wirthlin*   */s/ Cheryl A. Grames*
BRENOCH R. WIRTHLIN, ESQ.  CHERYL A. GRAMES, ESQ.
Nevada Bar No. 10282  Nevada Bar No. 12752
300 S. Fourth Street, Suite 1400  6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89101  Las Vegas, Nevada 89118
*Attorneys for Plaintiffs*  *Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated: December 21, 2017.

_____
**UNITED STATES DISTRICT COURT JUDGE**