1  CHERYL A. GRAMES, ESQ.
   Nevada Bar No. 12752
2  Email: Cheryl.Grames@LewisBrisbois.com
   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
3  6385 S. Rainbow Boulevard, Suite 600
4  Las Vegas, Nevada 89118
   Telephone (702) 893-3383
5  Fax (702) 893-3789
   *Attorney for Allied Van Lines, Inc. and*
6  *Berger Transfer and Storage, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MEGHAN KONECNE and HOWARD MISLE, individually and as husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIED VAN LINES, INC., a foreign corporation; BERGER TRANSFER & STORAGE, INC., a foreign corporation; and DOES I-V, ROES VI-X,<br><br>Defendants. | Case No. 2:16-CV-01655-APG-GFW<br><br>**REQUEST TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(SECOND REQUEST)** |

The above-referenced parties, by and through their undersigned counsel of record, hereby agree and stipulate, subject to the Court's approval, to extend the deadline for the parties to file dispositive motions. The deadline for dispositive motions is currently set for **December 26, 2017**. (ECF No. 75). The parties have reached a tentative settlement agreement, but still require additional time to finalize the settlement documents due to the impact of the end-of-the-year holidays on the parties' schedules. As such, extending the due date for dispositive motions by two weeks (to **January 9, 2018**) should afford the parties sufficient time to finalize the agreement, thereby bringing this matter to a resolution and thus obviating the need for dispositive motions.

This is the parties' second request to extend the deadline by which to file dispositive motions.

The proposed extension is requested in good faith and will not prejudice any party.

IT IS SO STIPULATED.

DATED this 26th day of December 2017.  DATED this 26th day of December 2017.

**FENNEMORE CRAIG, PC**  **LEWIS BRISBOIS BISGAARD & SMITH LLP**

 /s/ Brenoch R. Wirthlin   /s/ Cheryl A. Grames 
BRENOCH R. WIRTHLIN, ESQ.  CHERYL A. GRAMES, ESQ.
Nevada Bar No. 10282  Nevada Bar No. 12752
300 S. Fourth Street, Suite 1400  6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89101  Las Vegas, Nevada 89118
*Attorneys for Plaintiffs*  *Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated this 27th day of ___December___, 2017.

_____
**UNITED STATES MAGISTRATE JUDGE**