| | |
|---|---|
| 1 | CHERYL A. GRAMES, ESQ. |
| | Nevada Bar No. 12752 |
| 2 | Email: Cheryl.Grames@LewisBrisbois.com |
| | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| 3 | 6385 S. Rainbow Boulevard, Suite 600 |
| 4 | Las Vegas, Nevada 89118 |
| | Telephone (702) 893-3383 |
| 5 | Fax (702) 893-3789 |
| | *Attorney for Allied Van Lines, Inc. and* |
| 6 | *Berger Transfer and Storage, Inc.* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MEGHAN KONECNE and HOWARD MISLE, individually and as husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIED VAN LINES, INC., a foreign corporation; BERGER TRANSFER & STORAGE, INC., a foreign corporation; and DOES I-V, ROES VI-X,<br><br>Defendants. | Case No. 2:16-CV-01655-APG-GFW<br><br>**REQUEST TO EXTEND DEADLINE FOR DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR RELIEF UNDER RULE 60(b) (ECF NO. 71)**<br><br>**(FIRST REQUEST)** |

The above-referenced parties, by and through their undersigned counsel of record, hereby agree and stipulate, subject to the Court's approval, to extend the deadline for Defendant Allied Van Lines, Inc. ("Defendant") to respond to Plaintiffs Megan Konecne's and Howard Misle's ("Plaintiffs") Motion for Relief under FRCP 60(b) (ECF No. 71, filed on December 6, 2017). The deadline for responding was December 20, 2017, but the parties have continued to focus on finalizing their tentative settlement agreement, and inadvertently neglected to file a stipulation to extend this particular response deadline. As the parties have set forth in their other stipulations (all approved by the Court), the parties still require additional time to finalize the settlement documents due to the impact of the end-of-the-year holidays on the parties' schedules. As such, extending the due date for Defendant's response to Plaintiffs' Motion for Rule 60(b) Relief (ECF



4839-4343-8425.1  2:16-CV-01655-APG-GFW

No. 71) to **January 9, 2018** should afford the parties sufficient time to finalize the agreement, thereby bringing this matter to a resolution and thus obviating the need for filing any responses.

This is the parties' first request to extend the deadline by which Defendant may file a Response to Plaintiffs' Motion for Relief under Rule 60(b) (ECF No. 71).

The proposed extension is requested in good faith and will not prejudice any party.

IT IS SO STIPULATED.

DATED this 28th day of December 2017.     DATED this 28th day of December 2017.

**FENNEMORE CRAIG, PC**    **LEWIS BRISBOIS BISGAARD & SMITH LLP**

 /s/ Brenoch R. Wirthlin     /s/ Cheryl A. Grames
BRENOCH R. WIRTHLIN, ESQ.    CHERYL A. GRAMES, ESQ.
Nevada Bar No. 10282    Nevada Bar No. 12752
300 S. Fourth Street, Suite 1400    6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89101    Las Vegas, Nevada 89118
*Attorneys for Plaintiffs*    *Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated: January 2, 2018.

_____
UNITED STATES DISTRICT JUDGE