CHERYL A. GRAMES, ESQ.
Nevada Bar No. 12752
Email: Cheryl.Grames@LewisBrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone (702) 893-3383
Fax (702) 893-3789
*Attorney for Allied Van Lines, Inc. and*
*Berger Transfer and Storage, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MEGHAN KONECNE and HOWARD MISLE, individually and as husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIED VAN LINES, INC., a foreign corporation; BERGER TRANSFER & STORAGE, INC., a foreign corporation; and DOES I-V, ROES VI-X,<br><br>Defendants. | Case No. 2:16-CV-01655-APG-GFW<br><br>**REQUEST TO EXTEND BRIEFING SCHEDULE FOR PLAINTIFFS' OBJECTIONS TO MAGISTRATE ORDER DENYING RENEWED MOTION TO REOPEN DISCOVERY (ECF NO. 68)**<br><br>**(THIRD REQUEST)**<br><br>**ORDER** |

The above-referenced parties, by and through their undersigned counsel of record, hereby agree and stipulate, subject to the Court's approval, to extend the deadline for DEFENDANT ALLIED VAN LINES, INC. ("Defendant") to file its Response to Plaintiffs' Objection to Magistrate Order Denying Renewed Motion to Reopen Discovery (ECF No. 68). The deadline for the Response is currently set for **January 3, 2017**, however, the parties require an additional brief extension of this deadline to accommodate the need to finalize their settlement agreement. The parties anticipate that extending the due date for Defendant's Response by one week (to **January 10, 2017**) should afford the parties sufficient time to finalize the agreement, thereby bringing this matter to a resolution and thus obviating the need for a response to ECF No. 68.

This is the parties' third request for an extended briefing deadline to respond to ECF No. 68.

The proposed extension is requested in good faith and will not prejudice any party.

IT IS SO STIPULATED.

DATED this 3rd day of January 2018.   DATED this 3rd day of January 2018.

**FENNEMORE CRAIG, PC**   **LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Brenoch R. Wirthlin*   */s/ Cheryl A. Grames*
BRENOCH R. WIRTHLIN, ESQ.   CHERYL A. GRAMES, ESQ.
Nevada Bar No. 10282   Nevada Bar No. 12752
300 S. Fourth Street, Suite 1400   6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89101   Las Vegas, Nevada 89118
*Attorneys for Plaintiffs*   *Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated: January 4, 2018.

_____
**UNITED STATES DISTRICT COURT JUDGE**