| | |
|---|---|
| 1 | CHERYL A. GRAMES, ESQ. |
| | Nevada Bar No. 12752 |
| 2 | Email: Cheryl.Grames@LewisBrisbois.com |
| | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| 3 | 6385 S. Rainbow Boulevard, Suite 600 |
| 4 | Las Vegas, Nevada 89118 |
| | Telephone (702) 893-3383 |
| 5 | Fax (702) 893-3789 |
| | *Attorney for Allied Van Lines, Inc. and* |
| 6 | *Berger Transfer and Storage, Inc.* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MEGHAN KONECNE and HOWARD MISLE, individually and as husband and wife, <br><br> Plaintiffs, <br><br> vs. <br><br> ALLIED VAN LINES, INC., a foreign corporation; BERGER TRANSFER & STORAGE, INC., a foreign corporation; and DOES I-V, ROES VI-X, <br><br> Defendants. | Case No. 2:16-CV-01655-APG-GFW <br><br> **REQUEST TO EXTEND DISPOSITIVE MOTION DEADLINE** <br><br> **(THIRD REQUEST)** |

The above-referenced parties, by and through their undersigned counsel of record, hereby agree and stipulate, subject to the Court's approval, to extend the deadline for the parties to file dispositive motions. The deadline for dispositive motions is currently set for **January 9, 2018**. (ECF No. 79). As the parties have previously indicated, they have reached a tentative settlement. However, the final settlement agreement has not yet been fully executed. As such, in an abundance of caution, extending the due date for dispositive motions by two weeks (to **January 23, 2018**) should afford the parties sufficient time to finalize the agreement, thereby bringing this matter to a resolution and thus obviating the need for dispositive motions.

This is the parties' third request to extend the deadline by which to file dispositive motions.

The proposed extension is requested in good faith and will not prejudice any party.

IT IS SO STIPULATED.

DATED this 9th day of January 2018.   DATED this 9th day of January 2018.

**FENNEMORE CRAIG, PC**   **LEWIS BRISBOIS BISGAARD & SMITH LLP**

 */s/ Brenoch R. Wirthlin*    */s/ Cheryl A. Grames*
BRENOCH R. WIRTHLIN, ESQ.   CHERYL A. GRAMES, ESQ.
Nevada Bar No. 10282   Nevada Bar No. 12752
300 S. Fourth Street, Suite 1400   6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89101   Las Vegas, Nevada 89118
*Attorneys for Plaintiffs*   *Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated this 10th day of ____January____, 2018.

_____
**UNITED STATES MAGISTRATE JUDGE**