CHERYL A. GRAMES, ESQ.
Nevada Bar No. 12752
Email: Cheryl.Grames@LewisBrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone (702) 893-3383
Fax (702) 893-3789
*Attorney for Allied Van Lines, Inc. and*
*Berger Transfer and Storage, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MEGHAN KONECNE and HOWARD MISLE, individually and as husband and wife, | Case No. 2:16-CV-01655-APG-GFW |
| Plaintiffs, | **REQUEST TO EXTEND DISPOSITIVE MOTION DEADLINE** |
| vs. | **(FOURTH REQUEST)** |
| ALLIED VAN LINES, INC., a foreign corporation; BERGER TRANSFER & STORAGE, INC., a foreign corporation; and DOES I-V, ROES VI-X, | |
| Defendants. | |

The above-referenced parties, by and through their undersigned counsel of record, hereby agree and stipulate, subject to the Court's approval, to extend the deadline for the parties to file dispositive motions. The deadline for dispositive motions is currently set for **January 23, 2018**. (ECF No. 88). As the parties have previously indicated, they have reached a tentative settlement. However, the final settlement agreement has not yet been fully executed, and therefore, in an abundance of caution, extending the due date for dispositive motions by two weeks (to **February 6, 2018**) should afford the parties sufficient time to finalize and fully execute the agreement, thereby bringing this matter to a resolution and thus obviating the need for dispositive motions.

This is the parties' fourth request to extend the deadline by which to file dispositive motions.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

The proposed extension is requested in good faith and will not prejudice any party.

IT IS SO STIPULATED.

DATED this 23rd day of January 2018.

**FENNEMORE CRAIG, PC**

*/s/ Brenoch R. Wirthlin*
BRENOCH R. WIRTHLIN, ESQ.
Nevada Bar No. 10282
300 S. Fourth Street, Suite 1400
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

DATED this 23rd day of January 2018.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Cheryl A. Grames*
CHERYL A. GRAMES, ESQ.
Nevada Bar No. 12752
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated this 24th day of ___ January ___, 2018.

_____
**UNITED STATES MAGISTRATE JUDGE**

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW