| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | CHERYL A. GRAMES, ESQ.<br>Nevada Bar No. 12752<br>Email: Cheryl.Grames@LewisBrisbois.com<br>**LEWIS BRISBOIS BISGAARD & SMITH LLP**<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>Telephone (702) 893-3383<br>Fax (702) 893-3789<br>*Attorney for Allied Van Lines, Inc. and*<br>*Berger Transfer and Storage, Inc.* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MEGHAN KONECNE and HOWARD MISLE, individually and as husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIED VAN LINES, INC., a foreign corporation; BERGER TRANSFER & STORAGE, INC., a foreign corporation; and DOES I-V, ROES VI-X,<br><br>Defendants. | Case No. 2:16-CV-01655-APG-GFW<br><br>**REQUEST TO EXTEND DEADLINE FOR DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR RELIEF UNDER RULE 60(b) (ECF NO. 71)**<br><br>**(THIRD REQUEST)** |

The above-referenced parties, by and through their undersigned counsel of record, hereby agree and stipulate, subject to the Court's approval, to extend the deadline for Defendant Allied Van Lines, Inc. ("Defendant") to respond to Plaintiffs Megan Konecne's and Howard Misle's ("Plaintiffs") Motion for Relief under FRCP 60(b) (ECF No. 71, filed on December 6, 2017). As the parties have set forth in their other stipulations (all approved by the Court), the parties still require additional time to finalize the settlement agreement. In the past week, the parties have conferred several times in an attempt to resolve the final form of their settlement agreement. As such, extending the due date for Defendant's response to Plaintiffs' Motion for Rule 60(b) Relief (ECF No. 71) from January 23, 2018 to **February 6, 2018** should afford the parties sufficient time to finalize the agreement, thereby bringing this matter to a resolution and thus obviating the need



for filing any responses.

This is the parties' third request to extend the deadline by which Defendant may file a Response to Plaintiffs' Motion for Relief under Rule 60(b) (ECF No. 71).

The proposed extension is requested in good faith and will not prejudice any party.

IT IS SO STIPULATED.

DATED this 23rd day of January 2018.  DATED this 23rd day of January 2018.

**FENNEMORE CRAIG, PC**  **LEWIS BRISBOIS BISGAARD & SMITH LLP**

 */s/ Brenoch R. Wirthlin*   */s/ Cheryl A. Grames*
BRENOCH R. WIRTHLIN, ESQ.  CHERYL A. GRAMES, ESQ.
Nevada Bar No. 10282  Nevada Bar No. 12752
300 S. Fourth Street, Suite 1400  6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89101  Las Vegas, Nevada 89118
*Attorneys for Plaintiffs*  *Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated: January 25, 2018.

_____
UNITED STATES DISTRICT JUDGE