CHERYL A. GRAMES, ESQ.
Nevada Bar No. 12752
Email: Cheryl.Grames@LewisBrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone (702) 893-3383
Fax (702) 893-3789
*Attorney for Allied Van Lines, Inc. and
Berger Transfer and Storage, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MEGHAN KONECNE and HOWARD MISLE, individually and as husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIED VAN LINES, INC., a foreign corporation; BERGER TRANSFER & STORAGE, INC., a foreign corporation; and DOES I-V, ROES VI-X,<br><br>Defendants. | Case No. 2:16-CV-01655-APG-GFW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Meghan Konecne and Howard Misle ("Plaintiffs"), by and through their undersigned counsel of record, Brenoch R. Wirthlin, Esq. of FENNEMORE CRAIG, P.C., and Defendant Allied Van Lines, Inc. ("Defendant"), by and through its undersigned counsel of record, Cheryl A. Grames, Esq. for LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiffs' claims and causes of action against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to

/ / /

/ / /

/ / /

bear their own fees and costs.[1]

DATED this 12th day of February 2018.  DATED this 12th day of February 2018.

**FENNEMORE CRAIG, PC**  **LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Brenoch R. Wirthlin*  */s/ Cheryl A. Grames*
BRENOCH R. WIRTHLIN, ESQ.  CHERYL A. GRAMES, ESQ.
Nevada Bar No. 10282  Nevada Bar No. 12752
300 S. Fourth Street, Suite 1400  6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89101  Las Vegas, Nevada 89118
*Attorneys for Plaintiffs*  *Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated: February 13, 2018.

_____
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] Defendant Berger Transfer & Storage, Inc. was previously dismissed from this action. (ECF No. 21).